IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | **INDICTMENT** |
|        Plaintiff,   ) | No. 15-CR-00077 |
| vs.   ) | Count 1 |
| ANDRE MICHAEL LAFONTAINE, III,   ) | 18 U.S.C. § 875(c) |
|      Defendant.   ) | Transmitting a Threatening Communication in Interstate Commerce |

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 8/12/2015
ROBERT L. PHELPS, CLERK

<u>Count 1</u>

**Transmitting a Threating Communication
in Interstate Commerce**

On about July 20, 2015, in the Northern District of Iowa, and elsewhere,

defendant, ANDRE MICHAEL LAFONTAINE, III, did knowingly transmit in

interstate commerce, via telephone, an oral communication, for the purpose of

issuing a threat to injure another person, and with knowledge that the

communication would be viewed by another person as a threat, in that defendant

placed a call to the United States Department of Justice, in Washington, D.C., and

stated as follows:

> Yeah my name is Andre Michael Lafontaine, the third,
> I'm from Iowa Falls, Iowa, co-state litigant.   What I've
> done is sent you fuckin' retards evidence of corruption

1

multitude of times, I'm getting really fuckin' sick and tired of you people disregarding all the evidence, the profound evidence, that I've sent you, and put in front of Craig, special agent of the FBI, Craig Tomlinson's face --- and have him call me while I record him and tell me that the evidence is no fucking good.  So what I'm telling you for the last fuckin' time is that if this fuckin' writ isn't satisfied or investigated properly, these judges in Eldora are gonna get their fuckin throats cut, you fuckin' niggers better do your fuckin' job.

This was in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

s/

_____

Foreperson

_____
8/12/15

Date

KEVIN W. TECHAU
United States Attorney

By,

RICHARD L. MURPHY
Assistant United States Attorney

2